| AO-10 Rev. 1/2004- | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person reporting (Last name, First name, Middle initial) Kravitz, Mark R | 2. Court or Organization District Court - Connecticut | 3. Date of Report 5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ● Nomination, Date ● Initial ⊙ Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 141 Church Street New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9 13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 (trust for ▓▓▓▓▓) |
| 2. Trustee | Trust # 2 (trust for ▓▓▓▓▓) |
| 3. Custodian | Child # 1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Wiggin & Dana. Payment for partnership interest and partnership real estate. Amount, $313,465, payable in installments of varying amounts through 2006. |

RECEIVED May. 11 10 48 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|-----------------------------------|
| 1. 2004 | Wiggin & Dana, post-June 2003 payments for partnership interest and interest in partnership real estate, see Agreements | $186,700 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. | NONE |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | NONE |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | NONE | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | NONE | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BELL SOUTH COMMON STOCK | A | Dividend | J | T | NONE | | | | |
| 2. CISCO SYS COMMON STOCK | A | Dividend | J | T | NONE | | | | |
| 3. NASDAQ 100 TRUST (QQQ) | A | Dividend | J | T | NONE | | | | |
| 4. THIRD AVENUE VALUE FUND | A | Dividend | M | T | BUY | 6/08 | K | | |
| 5. THIRD AVENUE REAL ESTATE VALUE | A | D sitribution | L | T | BUY | 12/14 | L | | |
| 6. FIDELITY CASH RESERVES | D | Dividend | O | T | NONE | | | | |
| 7. FIDELITY CASH MANAGEMENT ACCOUNT | D | Dividend | L | T | NONE | | | | |
| 8. CONN. BOND DUE 3/15/04 | B | Interest | K | T | REDEEMED | 3/04 | K | | |
| 9. NAUGATUCK BOND DUE 8/15/04 | A | Dividend | J | T | REDEEMED | 8/04 | J | | |
| 10. WATERBURY CT SPEC. CAPITAL BOND DUE 4/01/05 | A | Interest | K | T | NONE | | | | |
| 11. CONN. BOND DUE 4/15/05 | A | Interest | K | T | NONE | | | | |
| 12. CONN TAX OBLIG BOND DUE 10/01/05 | A | Interest | L | T | NONE | | | | |
| 13. CONN. BOND DUE 06/15/10 | A | Interest | K | T | NONE | | | | |
| 14. GUILFORD SAVINGS BANK | A | Interest | J | T | | | | | |
| 15. PQ CORPORATION | G | Dividend | P2 | V | NONE | | | | |
| 16. IRA # 1(ROLL-OVER IRA, CREATED 7/1/03) | | | | | | | | | |
| 17. --FIDELITY CASH RESERVES | B | Interest | M | T | | | | | |
| 18. --FIDELITY DIVERSIFIED INTL FUND | A | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kravitz, Mark R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. --SPARTAN 500 INDEX | A | Dividend | L | T | | | | | |
| 20. --FIDELITY CONTRAFUND | A | Dividend | K | T | | | | | |
| 21. --FIDELITY PURITAN FUND | A | Dividend | K | T | | | | | |
| 22. --FIDELITY VALUE FUND | A | Dividend | K | T | | | | | |
| 23. --AMERICAN CAPITAL STRATEGIES | A | Distribution | M | T | BUY | 12/02 | L | | |
| 24. --THIRD AVENUE VALUE FUND | A | Distribution | M | T | BUY | 11/30 | L | | |
| 25. IRA #2 | | | | | | | | | |
| 26. --JANUS OLYMPUS FUND | A | Distribution | J | T | | | | | |
| 27. CUSTODIAN ACCT # 1 | | | | | | | | | |
| 28. --FIDELITY CASH MANAGEMENT ACCOUNT | A | Dividend | K | T | | | | | |
| 29. --SPARTAN 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 30. --THIRD AVENUE VALUE FUND | A | Distribution | K | T | | | | | |
| 31. -- PQ CORP. STOCK | E | Dividend | M | V | | | | | |
| 32. TRUST # 1 | | | | | | | | | |
| 33. --JANUS TWENTY | A | Distribution | K | T | | | | | |
| 34. JANUS OLYMPUS FUND | A | Distribution | K | T | | | | | |
| 35. --FIDELITY CASH MANAGEMENT ACCOUNT | A | Interest | K | T | | | | | |
| 36. --TRUST HELD PQ CORP. COMMON STOCK | E | Dividend | N | V | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income During reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. TRUST # 2 | | | | | | | | | |
| 38. --JANUS TWENTY | A | Distribution | K | T | | | | | |
| 39. --FIDELITY CASH MANAGEMENT ACCOUNT | A | Dividend | J | T | | | | | |
| 40. --TRUST HELD PQ CORP. COMMON STOCK | C | Dividend | M | V | | | | | |
| 41. TRUST # 3 | | | | | | | | | |
| 42. --TRUST HELD PQ CORP. COMMON STOCK | E | Dividend | O | V | | | | | |
| 43. --AMERICAN INTL GROUP COMMON STOCK | A | Dividend | J | T | SOLD | 4/21 | J | B | |
| 44. --CHARTER ONE FINANCIAL COMMON STOCK | A | Dividend | J | T | MERGER-SALE | 9/01 | J | C | |
| 45. --GENERAL ELECTRIC COMMON STOCK | A | Dividend | K | T | | | | | |
| 46. --MBNA COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. --NEXTEL COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. --ORACLE COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. --JANUS WORLDWIDE MUTUAL FUND | A | Distribution | J | T | | | | | |
| 50. --FIDELITY CASH RESERVES | A | Interest | K | T | | | | | |
| 51. --FIDELITY CASH MANAGEMENT ACCOUNT (SEE COMMENT) | A | Interest | J | T | | | | | |
| 52. --FIDELITY NEW MARKETS INCOME FUND | A | Distribution | J | T | BUY | 12/27 | J | | |
| 53. --FIDELITY SMALL CAP STOCK FUND | A | Distribution | J | T | BUY | 12/27 | J | | |
| 54. FIDELITY MID CAP STOCK FUND | A | Distribution | J | T | BUY | 12/27 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. FIDELITY SHORT TERM BOND FUND | A | Interest | J | T | BUY | 12/27 | J | | |
| 56. FIDELITY FIFTY FUND | A | Distribution | J | T | BUY | 12/27 | J | | |
| 57. VANGUARD INTER-TERM BOND INDEX FUND | A | Distribution | J | T | BUY | 12/27 | J | | |
| 58. TRUST #4 | | | | | | | | | |
| 59. --TRUST HELD PQ CORP. COMMON STOCK | C | Dividend | O | V | | | | | |
| 60. --JANUS TWENTY FUND | A | Distribution | J | T | | | | | |
| 61. --FIDELITY CASH MANAGEMENT ACCO NT(SEE COMMENT) | A | Interest | J | T | | | | | |
| 62. TRUST # 5 | | | | | | | | | |
| 63. --TRUST HELD PQ COMMON STOCK | B | Dividend | O | V | | | | | |
| 64. --AMERICAN INTL GROUP COMMON STOCK | A | Dividend | J | T | SOLD | 4/21 | J | B | |
| 65. --BELL SOUTH COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. --CHARTER ONE FINANCIAL COMMON STOCK | A | Dividend | J | T | MERGER-ALE | 9/01 | J | C | |
| 67. --MBNA COMMON STOCK | A | Dividend | J | T | | | | | |
| 68. --NEXTEL COMMON STOCK | A | Dividend | J | T | | | | | |
| 69. --ORACLE COMMON STOCK | A | Dividend | J | T | | | | | |
| 70. --SPARTAN 500 INDEX | A | Distribution | J | T | | | | | |
| 71. --FIDELITY CASH RESERVES | A | Interest | L | T | | | | | |
| 72. --JANUS WORLDWIDE MUTUAL FUND | A | Distribution | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e.g. div. rent, or int.) | Value Code 2 (J-P) | Value Method - Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. --THIRD AVENUE VALUE MUTUAL FUND | A | Distribution | K | T | | | | | |
| 74. --FIDELITY CASH MANAGEMENT CCOUNT(SEE COMMENT) | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kravitz, Mark R | 5/6/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VALUATION OF PQ CORPORATION COMMON STOCK: THE VALUE OF PQ CORPORATION COMMON STOCK, A PRIVATELY HELD COMPANY, IS ESTABLISHED ANNUALLY OR MORE FREQUENTLY BY THE BOARD OF DIRECTORS OF THE COMPANY IN CONSULTATION WITH ITS ADVISERS. THE VALUE ESTABLISHED BY THE DIRECTORS IS THE VALUE THAT IS USED FOR PURPOSES OF THE COMPANY'S REPURCHASE OF THE COMMON STOCK OF SHAREHOLDERS.

LINES 51, 61 AND 74 LIST "FIDELITY CASH MANAGEMENT ACCOUNT." THIS IS IDENTICAL TO THE "FIDELITY MONEY MARKET" ENTRY IN THE 2003 REPORT BUT FOR CONSISTENCY, I HAVE USED THE CASH MANAGEMENT ACCOUNT NOMENCLATURE. THERE HAS BEEN NO CHANGE IN THE INVESTMENT ITSELF.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  May 6, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544